LAW OFFICES OF DALE K. GALIPO
Dale K. Galipo (SBN: 144074)
Renee V. Masongsong (SBN: 281819)
21800 Burbank Blvd., Suite 310
Woodland Hills, CA 91367
(818) 347-3333 – Telephone
(818) 347- 4118 – Facsimile
Emails: dalekgalipo@yahoo.com
rvalentine@galipolaw.com

# UNITED STATES DISTRICT COURT FOR THE
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CECILIA VARGAS; ARIANA SALAS, individually and as a successor-in-interest to RUBEN ESCUDERO, deceased,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF SAN BERNARDINO, et al.,<br><br>Defendants. | Case Number: 5:20-cv-2646-JGB<br><br>**JOINT STIPULATION RE TENTATIVE CASE RESOLUTION SUBJECT TO BOARD APPROVAL AND REQUEST TO VACATE ALL DATES**<br><br>*Amended to correct deficiency per Dkt. 42* |

1

**TO THE HONORABLE COURT:**

COME NOW, Plaintiffs Ariana Salas and Cecilia Vargas ("Plaintiffs"), and Defendants COUNTY OF SAN BERNARDINO, HUMBERTO MIRANDA, JULIAN MATA, and JESSAQUA ATTLESEY (collectively, "the Parties"), and hereby stipulate and request as follows:

1. On February 7, 2023, the Parties participated in a second mediation in this case with Richard Copeland, and the Parties have agreed to tentatively resolve this case in its entirety as to all claims and parties but this is subject to and conditioned upon approval by the Board of Supervisors for the County of San Bernardino.

2. The Parties anticipate that the Board of Supervisors will consider the tentative settlement and that the approval process will take approximately 30-60 days, including preparation of the necessary paperwork documenting the same.  If the tentative settlement is approved and after said proceeds have cleared the bank, then the parties will file a stipulation to dismiss the case.

3. Defendants' motion for summary judgment (Dkt. 39) is currently pending before this Court, with a hearing date of March 6, 2023 and Plaintiffs' opposition to the summary judgment motion due on February 13, 2023. The trial in this case is scheduled to begin on April 4, 2023.

4. Accordingly, based on the above good cause, the Parties respectfully request that this Court vacate all of the existing dates and events in this case, including the date by which Plaintiffs' opposition to Defendants' summary judgment motion would be due and the date of the hearing on Defendants' motion for summary judgment.

5. The Parties agree that if the Board of Supervisors does not approve the proposed tentative settlement, or if the tentative settlement is not consummated for any other reason, then Defendants may re-file their motion for summary judgment, and the Parties will file a stipulation proposing new dates.

6. The Parties agree to file a status report with this Court no later than May 8, 2023, in the event that the Parties are unable to file the stipulation to dismiss the case by that date.

IT IS SO STIPULATED.

Dated: February 10, 2023                                   WAGNER ZEMMING CHRISTENSEN

                                                           /s/ Dennis E. Wagner
                                                           _____
                                                           Dennis E. Wagner
                                                           Attorney for Defendants

Dated: February 10, 2023                                   LAW OFFICES OF DALE K. GALIPO

                                                           /s/ Dale K. Galipo
                                                           _____
                                                           Dale K. Galipo
                                                           Attorney for Plaintiffs