**UNITED STATES DISTRICT COURT FOR THE
CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CECILIA VARGAS; ARIANA SALAS, individually and as a successor-in-interest to RUBEN ESCUDERO, deceased,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF SAN BERNARDINO, et al.,<br><br>Defendants. | Case Number: 5:20-cv-2646<br><br>**ORDER GRANTING JOINT STIPULATION AND REQUEST TO VACATE THE DATES PENDING SETTLEMENT APPROVAL** |

1

ORDER

ORDER

HAVING REVIEWED the Parties' Joint Stipulation re Tentative Case Resolution and Request to Vacate all Dates, AND GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the Parties' Joint Stipulation and Request to vacate all dates in this case pending the approval of the tentative case resolution by the County of San Bernardino Board of Supervisors is GRANTED.

All current dates and events in this case are now vacated, including the March 6, 2023 hearing on Defendants' motion for summary judgment and Plaintiffs' February 13, 2023 deadline to oppose Defendants' motion for summary judgment.

The Parties are directed to file a status report no later than May 8, 2023, in the event that the Parties have not filed a stipulation to dismiss the case by that date.

IT IS SO ORDERED.

DATED: February 10, 2023

_____
Hon. Jesus G. Bernal, U.S. District Judge