# JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CECILIA VARGAS; ARIANA SALAS, individually and as a successor-in-interest to RUBEN ESCUDERO, deceased,<br><br>　　　Plaintiffs,<br>vs.<br><br>COUNTY OF SAN BERNARDINO; H. MIRANDA; S. CARTER; Z. VOGEL, J. MATA; Z. PRITCHETT; J. JIMENEZ; A. MATA; T. KAUTZ; J. ATTLESEY; RODRIGUEZ (first initial unknown) and DOES 1-10, inclusive,<br><br>　　　Defendants. | CASE NO: 5:20-cv-02646-JGB-KK<br><br>**ORDER GRANTING STIPULATED DISMISSAL PURSUANT TO FED.R.CIV.P. RULE 41 (a)(1)**<br><br>Hon. Jesus G. Bernal<br>United States District Judge |

　　Having reviewed the parties' stipulation in this matter, and for good cause, it is hereby ORDERED, ADJUDGED AND DECREED:

/ /

/ /

/ /

1

1 | That pursuant to Fed.R.Civ.P. Rule 41(a)(1), this case is dismissed with
2 | prejudice, with the parties to bear their own attorney's fees and costs.

DATED: July 28, 2023

_____
Hon. Jesus G. Bernal
UNITED STATES DISTRICT JUDGE